# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00288-MR

| | |
|---|---|
| **THE BILTMORE COMPANY,** a Delaware corporation,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>**NU U, INC.,**  )<br>)<br>Defendant.  )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant Nu U, Inc.'s Motion to Amend Pretrial Order and Case Management Plan to Extend Deposition Deadline by 30 Days [Doc. 45]; the Plaintiff Response in Opposition [Doc. 48]; and the Defendant's Request for Ruling on Defendant's Motion to Amend Pretrial Order [Doc. 50].

Upon careful review of the parties' filings, the Defendant's motion for an extension of time is granted, and the deadline for the completion of depositions shall be extended for a period of thirty (30) days. This, however, does not extent the dispositive motions deadline, there having been no motion for such extension.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Amend [Doc. 45] is **GRANTED**, and the deadline for the completion of depositions is hereby extended for a period of thirty (30) days.

**IT IS FURTHER ORDERED** that the Defendant's Request for Ruling [Doc. 50] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the mediation deadline having passed, parties shall file a Mediation Report with the Court within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: December 28, 2016

Martin Reidinger
United States District Judge