IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00288-MR

THE BILTMORE COMPANY, )
a Delaware corporation )
                     Plaintiff, )
                     )
         vs. )       **JUDGMENT**
                     )
NU U, INC., )
                     )
                 Defendant. )
                     )
_____ )

**THIS MATTER** came to for trial and was heard by the undersigned judge, and a jury was duly empaneled and has answered the issues presented as follows:

1. Does Defendant Nu U, Inc.'s use of "Biltmore Bride Prom & Tux" infringe the Plaintiff The Biltmore Company's trademark rights?

   ANSWER: YES

2. Was Nu U, Inc.'s infringement intentional, willful or in bad faith?

   ANSWER: YES

3. Has Defendant Nu U, Inc., engaged in cybersquatting with respect to Plaintiff The Biltmore Company's "Biltmore" mark?

ANSWER: YES

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Defendant and its officers, agents, servants, employees, affiliates, successors, and assigns, and any and all persons acting in concert or participation with them who receive actual notice of this Order (collectively "Defendant") are hereby enjoined and restrained from making any use of the marks BILTMORE, BILTMORE BRIDE, BILTMORE BRIDE PROM & TUX, and of any other marks confusingly similar thereto.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Defendant shall transfer ownership of the following URLs to Plaintiff:

biltmorebridal.com

biltmorebride.com

mybiltmorebride.com

thebiltmorebride.com

biltmorebride.club

biltmoreprom.com

biltmorebridepromtux.com

biltmorevillagebridal.com

biltmorevillagebride.com

bridesofbiltmore.com

biltmorebride.wedding

biltmore.wedding

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all counterclaims asserted by the Defendant are **DISMISSED WITH PREJUDICE**, and the Defendant shall recover nothing from the Plaintiff in the form of damages.

The Court retains jurisdiction of this matter for the purpose of addressing any post-judgment motions that may be filed by the parties.

**IT IS SO ORDERED.**

Signed: May 25, 2017

Martin Reidinger
United States District Judge